No. 303.  C. M. Lane Lifeboat Co., Inc. et al. v. United States.  On petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit.  October

580

20, 1941. Dismissed for failure to comply with the rules. *Mr. Cornelius C. Webster* for petitioners.